AO83 (Rev. 10/03) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF     MASSACHUSETTS

| UNITED STATES OF AMERICA<br>V.<br><br>Wendy C. Dinkins<br>14 R Holman Street<br>Attleboro, MA 02703<br><br>(Name and Address of Defendant) | **SUMMONS IN A CRIMINAL CASE**<br><br>Case Number:    CR04-10039 PBS |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>Joseph Moakley Courthouse, United States Courthouse<br>1 Courthouse Way<br>Boston, MA  02210<br>Before: The Hon. Joyce London Alexander | Room<br>#24, 7th Floor |
| | Date and Time<br>3/1/04; 11:15 AM |

To answer a(n)
- [X] Indictment
- [ ] Information
- [ ] Complaint
- [ ] Probation Violation Petition
- [ ] Supervised Release Violation Petition
- [ ] Violation Notice

Charging you with a violation of Title  18  United States Code, Section(s)  1341

Brief description of offense:
See indictment.

NOTE: PLEASE REPORT TO THE UNITED STATES PRETRIAL SERVICES OFFICE ON THE FIRST FLOOR OF THE COURTHOUSE AT 9:00 AM TO BE INTERVIEWED BY A PRETRIAL SERVICES OFFICER (WITH YOUR ATTORNEY PRESENT) PRIOR TO YOUR 11:15 AM APPEARANCE BEFORE THE COURT.



Rex Brown, Courtroom Clerk
Name and Title of Issuing Officer

Signature of Issuing Officer

2/23/04
Date

AO83 (Rev. 10/03) Summons in a Criminal Case

## RETURN OF SERVICE

| | Date |
|---|---|
| Service was made by me on:[1] | |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant at:

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on _____
              Date

_____
Name of United States Marshal

_____
(by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.

Wendy C. Dinkins
14 R Holman Street
Attleboro, MA 02703

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To  Wendy C. Dinkins
Street, Apt. No.; or PO Box No.  14 R Holman St.
City, State, ZIP+4  Attleboro, MA 02703

PS Form 3800, June 2002          See Reverse for Instructions