# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

IN UNITED STATES: ☐ MAGISTRATE  ☑ DISTRICT  ☐ APPEALS COURT  ☐ OTHER PANEL (Specify below)

IN THE CASE OF: U.S. v.s. Dinkins

LOCATION NUMBER: 

PERSON REPRESENTED (Show your full name): Wendy Dinkins

- 1 ☑ Defendant - Adult
- 2 ☐ Defendant - Juvenile
- 3 ☐ Appellant
- 4 ☐ Probation Violator
- 5 ☐ Parole Violator
- 6 ☐ Habeas Petitioner
- 7 ☐ 2255 Petitioner
- 8 ☐ Material Witness
- 9 ☐ Other

CHARGE/OFFENSE: ☑ Felony  ☐ Misdemeanor

DOCKET NUMBERS:
- Magistrate:
- District Court: CR04-10039-PBS
- Court of Appeals:

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**
- Are you now employed? ☑ Yes  ☐ No  ☐ Am Self-Employed
- Name and address of employer: Children's service of Roxbury, 520 Dudley St, Roxbury MA
- IF YES, how much do you earn per month? $1250.00
- IF NO, give month and year of last employment. How much did you earn per month? $
- If married is your Spouse employed? ☐ Yes  ☐ No
- IF YES, how much does your Spouse earn per month? $ N/A
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $

**ASSETS**

**OTHER INCOME** — Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☑ Yes  ☐ No

IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES:
- $610/month — SSI for son Charlie Dinkins
- $2400.00 — Beta Community Services / Delta Services

**CASH** — Have you any cash on hand or money in savings or checking accounts? ☐ Yes ☑ No  IF YES, state total amount $

**PROPERTY** — Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☑ Yes  ☐ No

IF YES, GIVE THE VALUE AND DESCRIBE IT:
- VALUE: 300   DESCRIPTION: 1989 Ford Escort

**DEPENDENTS**
- MARITAL STATUS: ☑ SINGLE, ☐ MARRIED, ☐ WIDOWED, ☐ SEPARATED OR DIVORCED
- Total No. of Dependents: 3
- List persons you actually support and your relationship to them: Tawanda Dinkins, Charles Dinkins, Shemelia Dinkins

**OBLIGATIONS & DEBTS**

DEBTS & MONTHLY BILLS (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| | Rent | $ | $750.00 |
| | Utilities | $ | ~$350.00 |
| | Groceries | $ | ~$200-300.00 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date): 3/1/04

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED): /s/ Wendy Dinkins