UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

WENDY C. DINKINS
       Defendant

CRIM. CASE NO:
CR04-10039:001 PBS

**ORDER ON
APPOINTMENT OF FEDERAL DEFENDER**

ALEXANDER, U.S.M.J.

On March 1, 2004, the defendant in the above-entitled action appeared before this Court for the first time on an indictment charging her with 18 U.S.C § 1341, mail fraud. The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel, it is hereby ORDERED that attorney Martin Richey of the Federal Defender Office for the District of Massachusetts be appointed, effective as of March 1, 2004, to represent said defendant in this cause until further order of the Court.

    SO ORDERED.

JOYCE LONDON ALEXANDER
UNITED STATES MAGISTRATE JUDGE

BY THE COURT:
/S/ Rex Brown
Courtroom Clerk

March 29, 2004
Date