UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.     ) | CRIMINAL NO. 04-10039-PBS |
| ) | |
| WENDY DINKINS  ) | |

### DEFENDANT'S ASSENTED-TO MOTION TO CONTINUE INITIAL STATUS CONFERENCE, AND TO EXCLUDE TIME

Defendant, Wendy Dinkins, respectfully moves this Court to continue the initial status conference in this case (currently scheduled for April 8, 2004) to April 15, 2004 at 3:15 p.m.

As grounds for this motion, undersigned counsel will be on vacation the week of April 5, 2004. The vacation was unplanned when the original date for the initial status conference was set.

Defendant further moves to exclude the period between April 8, 2004 and April 15, 2004 from the time within which trial must commence in this case.

As grounds for this request, defendant submits that the interests of justice served by granting the continuance requested herein outweigh the best interest of the public and defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

Assistant U.S. Attorney Adam J. Bookbinder assents to this motion.

                                        WENDY DINKINS
                                        By her attorney,

*/s/ J. Martin Richey*
J. Martin Richey
BBO# 559902
Federal Defender Office
408 Atlantic Ave., 3rd Floor
Boston, MA 02210
Tel: 617-223-8061

CERTIFICATE OF SERVICE

I, hereby certify that a true copy of the above document was served upon Assistant U.S. Attorney Adam J. Bookbinder by delivery on March 30, 2004.

*/s/ J. Martin Richey*
J. Martin Richey