UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10039-PBS |
| | ) | |
| WENDY C. DINKINS | ) | |
| | ) | |

## JOINT MOTION TO EXCLUDE TIME

The parties jointly ask the Court to exclude the following periods of time:

1.    The 28 days from the arraignment, March 1, 2004, through March 28, 2004 under Local Rule 112.2(A)(2).

2.    The time from March 28, 2004 through the date of the interim status conference, under 18 U.S.C. § 3161(h)(8)(A), because the ends of justice served by allowing time for the defendant to review the discovery material and to discuss with the government the possibility of a plea outweigh the defendant's and the public's interest in a speedy trial.

Respectfully submitted,

MICHAEL J. SULLIVAN                    MARTIN RICHEY
United States Attorney                      Counsel for Dinkins


By:   *Adam J. Bookbinder*                  *Martin Richey*
        Adam J. Bookbinder                  Federal Defender's Office
        Assistant U.S. Attorney             408 Atlantic Ave., 3rd Floor
                                            Boston, MA 02210
                                            (617) 223-8061

Dated: April 13, 2004

FILED
In Open Court
USDC, Mass.
Date 4-15-04
By ___
Deputy Clerk