UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) CRIMINAL NO. 04-10039-PBS |
| WENDY C. DINKINS | ) |

### ORDER EXCLUDING TIME

The Court orders that the period of time from March 1, 2004, through *May 28*, 2004, the date of the interim status conference, is excludable for the following reasons:

1. The 28 days from the arraignment, March 1, 2004, through March 28, 2004, under Local Rule 112.2(A)(2).

2. The time from March 28, 2004 through *May 28* 2004, the date of the interim status conference, under 18 U.S.C. § 3161(h)(8)(A), because the ends of justice served by allowing time for the defendant to review the discovery material and to discuss with the government the possibility of a plea outweigh the defendant's and the public's interest in a speedy trial.

/s/ Joyce London Alexander
Hon. Joyce London Alexander
United States Magistrate Judge

Dated: 4/15, 2004