UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

CRIMINAL CASE
NO. 04-10039 PBS

WENDY DINKINS
        Defendant

REPORT & ORDER ON
INITIAL STATUS CONFERENCE

ALEXANDER, U.S.M.J.

On April 15, 2004, the parties appeared before this Court for an Initial Status Conference. With regard to the following issues, the parties have represented that:

1. There are no unusual or complex issues presented requiring an early joint conference of the District Judge or the Magistrate Judge with the attorneys;

2. There are no features of the case that deserve special attention or modification of the standard schedule;

3. There is no anticipated supplemental discovery;

4. There is no discovery concerning any expert witnesses, pursuant to Fed. R. Crim. P. 16 (a)(1)(E) & 16(b)(1)(C);

5. The applicable periods of excludable delay under the Speedy Trial Act include: March 1, 2004 through March 29, 2004 (28 days) and March 29, 2004, through May 5, 2004 (60 days), for a total of eighty-eight (88) days as of April 15, 2004. The total amount of time to proceed to trial is seventy (70) days;

6. Trial is anticipated at this time. The estimated duration of a trial is one (1) week;

7. There are no other matters.

    IT IS HEREBY ORDERED THAT

A motion date pursuant to Fed. R. Crim. P. 12 (c) has not yet been established. An **Interim Status Conference** is scheduled at **2:45 p.m.** on **May 28, 2004,** in

Courtroom 24, 7th floor.

**Pursuant to LR 116.5 (C), parties shall confer and, not later than three (3) business days before the Final status Conference, prepare and file a joint Final Status Conference Memorandum.**

<u>HONORABLE JOYCE LONDON ALEXANDER</u>
U.S. MAGISTRATE JUDGE

By the Court:

<u>April 22, 2004</u>          <u>/S/ Rex Brown                </u>
Date                 Courtroom Clerk
                     (617) 748-9238