UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 04-10039-PBS |
| v. | ) | |
| WENDY C. DINKINS | ) | |

JOINT MOTION TO EXCLUDE TIME

The parties jointly ask the Court to exclude the time from May 28, 2004 through the date of the final status conference, under 18 U.S.C. § 3161(h)(8)(A), because the ends of justice served by allowing time for the defendant to further review the discovery material and to discuss with her attorney and with the government the possibility of a plea outweigh the defendant's and the public's interest in a speedy trial.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____/s_____
Adam J. Bookbinder
Assistant U.S. Attorney

_____/s_____
Federal Defender's Office
408 Atlantic Ave., 3rd Floor
Boston, MA 02210
(617) 223-8061

Dated: May 27, 2004

MARTIN RICHEY
Counsel for Dinkins