UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| | ) | |
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 04-10039-PBS |
| | ) | |
| v. | ) | |
| | ) | |
| WENDY C. DINKINS | ) | |
| | ) | |

ORDER EXCLUDING TIME

The Court orders that the period of time from May 28, 2004, through _____, 2004, the date of the final status conference, is excludable under 18 U.S.C. § 3161(h)(8)(A), because the ends of justice served by allowing time for the defendant to further review the discovery material and to discuss with her attorney and with the government the possibility of a plea outweigh the defendant's and the public's interest in a speedy trial.

Hon. Joyce London Alexander
United States Magistrate Judge

Dated: _____, 2004