UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 04-10039-PBS |
| v. | ) | |
| WENDY C. DINKINS | ) | |

JOINT MEMORANDUM FOR FINAL STATUS CONFERENCE

The parties submit this joint memorandum addressing the issues set out in Local Rule 116.5(C).

(1)     Outstanding Discovery Issues

The government has complied with its discovery obligations under the local and federal rules.

(2)     Ongoing Discovery

The parties are aware of their continuing discovery obligations in the event that they obtain additional material subject to discovery.

(3)     Insanity, Diminished Capacity or Public Authority

The defendant does not intend to raise a defense of insanity or diminished capacity, or public authority.

(4)     Alibi

The United States has requested notice of alibi. The defendant has provided no notice.

(5)     Motion Schedule

The defendant will not be filing dispositive motions or motions to suppress.

(6)     Other Scheduling Issues

There are no other scheduling issues for the Court to address.

(7)     Trial

The parties are continuing to discuss the possibility of a plea agreement and believe there is a significant chance that there will be a plea. They agree that this matter should be sent to the District Court for an initial pretrial conference, although they may well enter into a plea agreement before that conference.

(8)     Speedy Trial Clock

The Court has excluded all of the time from the arraignment, March 1, 2004, through May 28, 2004. The Court has not ruled on the parties' Joint Motion to Exclude Time, filed May 27, 2004. The parties jointly ask the Court to exclude all time from May 28, 2004 until the initial pretrial conference because they have used, and will continue to use, this time to continue plea discussions and to complete discovery relating to sentencing issues. The parties therefore ask the Court to find that the ends of justice served by this exclusion outweigh the defendant's and the public's interest in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

(9) <u>Estimated length of trial</u>:

If there is a trial, it will likely take one week.

Respectfully submitted,

| | |
|---|---|
| MICHAEL J. SULLIVAN | MARTIN RICHEY |
| United States Attorney | Counsel for Dinkins |

By:  /s/ Adam J. Bookbinder                  /s/ Martin Richey
         Adam J. Bookbinder                     Federal Defender's Office
         Assistant U.S. Attorney                 408 Atlantic Ave., 3rd Floor
                                                         Boston, MA 02210
                                                         (617) 223-8061

Dated: July 11, 2004