UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 04-10039-PBS |
| v. | ) | |
| WENDY C. DINKINS | ) | |

THIRD JOINT MOTION TO EXCLUDE TIME

The parties jointly ask the Court to exclude the time from May 28, 2004 through the date of the pretrial conference, under 18 U.S.C. § 3161(h)(8)(A), because the ends of justice served by allowing time for the defendant to discuss with her attorney and with the government the possibility of a plea outweigh the defendant's and the public's interest in a speedy trial.

Respectfully submitted,

| | |
|---|---|
| MICHAEL J. SULLIVAN | MARTIN RICHEY |
| United States Attorney | Counsel for Dinkins |
| | |
| By:     /s/ Adam Bookbidner | /s/ Martin Richey |
|     Adam J. Bookbinder | Federal Defender's Office |
|     Assistant U.S. Attorney | 408 Atlantic Ave., 3rd Floor |
| | Boston, MA 02210 |
| | (617) 223-8061 |

Dated: July 11, 2004