UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) <br> ) CRIMINAL NO. 04-10039-PBS <br> ) |
| v. | ) <br> ) |
| WENDY C. DINKINS | ) <br> ) |

ORDER EXCLUDING TIME

The Court orders that the period of time from May 28, 2004, through the date of the pretrial conference, is excludable under 18 U.S.C. § 3161(h)(8)(A), because the ends of justice served by allowing time for the defendant to discuss with her attorney and with the government the possibility of a plea outweigh the defendant's and the public's interest in a speedy trial.

                                                            _____
                                                            Hon. Joyce London Alexander
                                                            United States Magistrate Judge

Dated: _____, 2004