UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | ) | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 04-10039-PBS |
| | ) | |
| v. | ) | |
| | ) | |
| WENDY C. DINKINS | ) | |
| | ) | |

## FOURTH JOINT MOTION TO EXCLUDE TIME

The parties jointly ask the Court to exclude the time from May 28, 2004 through the date of the final status conference, July 28, 2004, under 18 U.S.C. § 3161(h)(8)(A), because the ends of justice served by allowing time for the defendant to discuss with her attorney and with the government the possibility of a plea outweigh the defendant's and the public's interest in a speedy trial.

Respectfully submitted,

| MICHAEL J. SULLIVAN | MARTIN RICHEY |
|---|---|
| United States Attorney | Counsel for Dinkins |

By:   /s/ Adam Bookbidner           /s/ Martin Richey
    Adam J. Bookbinder         Federal Defender's Office
    Assistant U.S. Attorney    408 Atlantic Ave., 3rd Floor
                               Boston, MA 02210
                               (617) 223-8061

Dated: July 14, 2004