UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | CRIMINAL NO. 04-10039-PBS |
| v. | ) ) ) |  |
| WENDY C. DINKINS | ) ) |  |

ORDER EXCLUDING TIME

The Court orders that the period of time from May 28, 2004, through July 28, the date of the final status conference, is excludable under 18 U.S.C. § 3161(h)(8)(A), because the ends of justice served by allowing time for the defendant to discuss with her attorney and with the government the possibility of a plea outweigh the defendant's and the public's interest in a speedy trial.

                                               Hon. Joyce London Alexander
                                               United States Magistrate Judge

Dated: _____, 2004