UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

CRIMINAL CASE
NO. 04-10039 PBS

WENDY DINKINS
      Defendant

REPORT & ORDER ON
FINAL STATUS CONFERENCE

ALEXANDER, U.S.M.J.

      On August 4, 2004, the parties appeared before this Court for a Final Status Conference. With regard to the following issues, the parties have represented that:

1. There are no features of the case that deserve special attention or modification of the standard schedule;

2. Discovery is complete and there are no pending discovery motions;

3. There is no supplemental discovery anticipated;

4. The applicable periods of excludable delay under the Speedy Trial Act include: May 1, 2004, through May 28, 2004 (28 days) and May 28, 2004 through August 4, 2004 (68 days), for a total of ninety-six (96) days as of August 4, 2004. The total amount of time to proceed to trial is seventy (70) days as of August 4, 2004. There are no anticipated dispositive motions that may cause additional excludable time on the Speedy Trial Clock;

5. (a) The defendant does not intend to raise a defense of insanity;

   (b) The defendant does not intend to raise a defense of public authority;

6. The government has requested notice of alibi by the defendant. The defendant has provided no notice;

7. There are no anticipated motions to dismiss or suppress that would require a ruling by the District Judge before trial;

8. A briefing schedule is not necessary;

9. Early resolution of the case without trial is likely;

10. Trial is not necessary;

11. Other matters: Upon motion of the parties (see Joint Final Status Memo item #8), the Court will exclude the period of time from the final status conference to the pretrial conference in light of continuing plea discussions.

    IT IS HEREBY ORDERED THAT

    Whereas all pre-trial matters referred to this Court by the District Judge have been resolved, the case is hereby returned to the District Judge..

    HONORABLE JOYCE LONDON ALEXANDER
    UNITED STATES MAGISTRATE JUDGE
    By the Court:

    /S/ Rex Brown
    Courtroom Clerk

September 27, 2004
Date