UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA

                                                          CRIMINAL ACTION
                                                          NO.   04-10039-PBS

             v.

WENDY DINKINS



### NOTICE OF RULE 11 HEARING


SARIS, U.S.D.J.                                              September 29, 2004


        TAKE NOTICE that the above-entitled case has been set for a Rule 11 Hearing on
**November 1, 2004**, at **4:00 p.m.**, in Courtroom No. 19, 7th floor, U.S. District Court, 1 Courthouse
Way, Boston, Massachusetts.

**NOTE:** Defense counsel is to contact U.S. Probation and make arrangements to meet with the
probation officer on the morning of the Rule 11 hearing.  Counsel should be prepared to spend as much
time as necessary for the interview process as it takes approximately two hours.




                                           By the Court,




                                            /s/ Robert C. Alba
                                           Deputy Clerk




Copies to:  All Counsel