UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

CRIMINAL ACTION
NO. 04-10039-PBS

v.

WENDY DINKINS

### NOTICE OF RESCHEDULED RULE 11 HEARING

SARIS, U.S.D.J.                                                                                          November 22, 2004

The Rule11 Hearing previously scheduled for January 4, 2005, has been **rescheduled** to **January 5, 2005, at 3:30 p.m.**

By the Court,

 /s/ Robert C. Alba
Deputy Clerk

Copies to: All Counsel

resched.ntc