UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | ) | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 04-10039-PBS |
| | ) | |
| v. | ) | |
| | ) | |
| WENDY C. DINKINS | ) | |
| | ) | |

GOVERNMENT'S MOTION TO MOVE SENTENCING DATE

The government asks the Court to move the sentencing hearing in this case from Wednesday, April 13, 2005 to Monday, April 11, 2005 at 4:30 pm. The government asks for this rescheduling because the undersigned AUSA has an appointment outside the office that will conflict with the sentencing as it is currently scheduled. The defendant has assented, through counsel, to this motion.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:   /s/ Adam Bookbinder
      Adam J. Bookbinder
      Assistant U.S. Attorney

Dated: March 14, 2005