FILED
IN CLERKS OFFICE

2005 MAR 24  P 4: 50

DISTRICT COURT
DISTRICT OF MASS

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA        )
                                )
          v.                    )        CRIMINAL NO. 04-10039-PBS
                                )
WENDY DINKINS                   )

### JOINT MOTION TO SEAL AND IMPOUND
### JOINT MOTION OF THE PARTIES TO CONTINUE SENTENCING

The United States of America and defendant, Wendy Dinkins,
by and through undersigned counsel, respectfully move pursuant to
Local Rule 7.2 that the Court seal and impound the attached Joint
Motion of the Parties to Continue Sentencing.  As grounds, the
parties state that the motion contains confidential material.
The parties further move that the motion remain impounded until
further order of this Court.

                              Respectfully submitted,

WENDY DINKINS                 MICHAEL J. SULLIVAN
By her attorney               UNITED STATES ATTORNEY


_Xavier Richey_               By: _Adam J. Bookbinder_ (JMM)
J. Martin Richey              Adam J. Bookbinder
   B.B.O. # 559902            Assistant U.S. Attorney
Federal Defender Office
408 Atlantic Ave., 3rd. floor
Boston, MA  02210
Tel: 617-223-8061


Dated:  March 24, 2005