UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

CRIMINAL ACTION
NO.   04-10039-PBS

v.

WENDY DINKINS

**NOTICE OF RESCHEDULED SENTENCING**

SARIS, U.S.D.J.                                                                                     March 28, 2005

     The Sentencing previously scheduled for May 12, 2005, has been **rescheduled** to **May 13, 2005, at 3:00 p.m.**.

By the Court,

/s/ Robert C. Alba
Deputy Clerk

Copies to:  All Counsel

resched.ntc