UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | ) | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 04-10039-PBS |
| | ) | |
| v. | ) | |
| | ) | |
| WENDY C. DINKINS | ) | |
| | ) | |

ASSENTED-TO MOTION TO CONTINUE SENTENCING

The government, with the defendant's assent, asks the Court to continue the sentencing, currently scheduled for 3:00 p.m. May 13, 2005, to a date in late June or July. The government makes this request because the undersigned AUSA will be out of the office for the next several weeks because of serious complications with his wife's pregnancy.

                                             Respectfully submitted,

                                             MICHAEL J. SULLIVAN
                                             United States Attorney

                                 By:   /s/ Adam J. Bookbinder
                                          Adam J. Bookbinder
                                          Assistant U.S. Attorney

Date:  May 4, 2005