UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

        CRIMINAL ACTION
        NO.  04-10089-PBS

v.

WENDY DINKINS

## NOTICE OF RESCHEDULED SENTENCING

SARIS, U.S.D.J.                                                      May 4, 2005

      The Sentencing previously rescheduled to June 29, 2005, has been further **rescheduled** to **July 7, 2005, at 2:00 p.m.**

                                                        By the Court,

                                                        _/s/ Robert C. Alba_
                                                        Deputy Clerk

Copies to:  All Counsel

resched.ntc