UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10039-PBS |
| | ) | |
| WENDY DINKINS | ) | |

DEFENDANT'S MOTION TO SEAL AND IMPOUND<br>DEFENDANT'S SENTENCING MEMORANDUM

Defendant, Wendy Dinkins, respectfully moves pursuant to Local Rule 7.2 that the Court seal and impound the attached Defendant's Sentencing Memorandum. As grounds, the memorandum contains confidential material. Defendant further moves that the memorandum remain impounded until further order of this Court.

                                      WENDY DINKINS
                                      By her attorney,

                                      */s/ J. Martin Richey*
                                      J. Martin Richey
                                          BBO# 559902
                                          Federal Defender Office
                                          408 Atlantic Ave., 3rd Floor
                                          Boston, MA  02210
                                          Tel: 617-223-8061

CERTIFICATE OF SERVICE

I, hereby certify that a true copy of the above document was served upon Assistant U.S. Attorney Adam J. Bookbinder and upon U.S. Probation Officer Ina Howard-Hogan by delivery on July 1, 2005.

                                        */s/ J. Martin Richey*
                                        J. Martin Richey