UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CRIMINAL NO. 04-10039-PBS |
| ) | |
| WENDY DINKINS ) | |

<u>DEFENDANT'S ASSENTED-TO MOTION TO CONTINUE SENTENCING</u>

Defendant, with the assent of the government, respectfully moves this Court to continue her sentencing, currently scheduled for October 21, 2005.

As grounds for this motion, undersigned counsel is scheduled to attend a sentencing seminar presented by the Office of Defender Services in Philadelphia on October 21.

Assistant U.S. Attorney Adam J. Bookbinder assents to this motion.

Should the Court grant this motion, defendant, after conferring with the government, respectfully suggests that the sentencing be continued to a date the week of November 14, 2005, excepting the afternoon of November 15.

                                              WENDY DINKINS
                                              By her attorney,

                                              /s/ J. Martin Richey

                                              J. Martin Richey
                                                BBO# 559902
                                              Federal Defender Office
                                              408 Atlantic Ave., 3rd Floor
                                              Boston, MA  02210
                                              Tel: 617-223-8061

Date:  October 7, 2005