UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO. 04-10039-PBS |
| ) | |
| v. ) | |
| ) | |
| WENDY C. DINKINS ) | |

### UNITED STATES' MOTION TO SEAL
### SUPPLEMENTAL SENTENCING MEMORANDUM

The government asks the Court to seal its Supplemental Sentencing Memorandum and the attachments to that memorandum because they discuss personal information about the defendant's children.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
Adam J. Bookbinder
Assistant U.S. Attorney

Dated: November 3, 2005

### CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the person listed below a copy of the foregoing document by hand delivery:

Martin Richey
Federal Defenders Office
408 Atlantic Ave.
Boston, MA 02110

_____
Adam Bookbinder