UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10039-PBS |
| | ) | |
| WENDY DINKINS | ) | |

### DEFENDANT'S MOTION TO SEAL AND IMPOUND
### DEFENDANT'S LETTERS IN AID OF SENTENCING

Defendant, Wendy Dinkins, respectfully moves pursuant to Local Rule 7.2 that the Court seal and impound the attached Defendant's Letters in Aid of Sentencing. Defendant further moves that the submission remain impounded until further order of this Court.

WENDY DINKINS
By her attorney,

/s/ J. Martin Richey
J. Martin Richey
BBO# 559902
Federal Defender Office
408 Atlantic Ave., 3rd Floor
Boston, MA  02210
Tel: 617-223-8061

### CERTIFICATE OF SERVICE

I, hereby certify that a true copy of the above document was served upon Assistant U.S. Attorney Adam J. Bookbinder on November 14, 2005.

/s/ J. Martin Richey
J. Martin Richey