UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 04-10039-PBS |
| | ) | |
| v. | ) | F I L E D |
| | ) | In Open Court |
| WENDY C. DINKINS | ) | USDC, Mass. |
| | ) | Date 7-7-05 |
| | | By _____ |
| | | Deputy Clerk |

## UNITED STATES' MOTION
## TO DISMISS COUNTS 1-9 AND 11

The government asks the Court to dismiss counts 1-9 and 11 in the above-captioned indictment.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
Adam J. Bookbinder
Assistant U.S. Attorney

### CERTIFICATE OF SERVICE

This is to certify that I have this day served upon counsel for the defendant a copy of the foregoing document by hand delivery.

_____
Adam J. Bookbinder

Date: July 7, 2005