

# MEMORANDUM

**To:** The Honorable Patti B. Saris, U.S. District Judge
**From:** Jeffrey R. Smith, U.S. Probation Officer
**Re:** **Wendy Dinkins**
Docket #: 1;04CR10039
**Monthly Payment Schedule**
**Date:** January 20, 2006

This memorandum serves as notification of a fine/restitution payment schedule set upon by the Probation Department in accordance with the Administrative Office Monograph 114.

It is the responsibility of the supervising probation officer to notify the Court of an agreed-upon payment schedule, thus making a reasonable payment schedule set by the Court. The schedule is based upon the defendant's ability to pay at the time it is formulated. Periodic reviews of the supervised releasee's financial situation will be made in order to determine whether the schedule shall be changed. In the event any changes are made, the Court will be so advised.

At the present time, the agreement is as follows:

> The above-supervisee has agreed to pay his court-ordered Restitution of $133,997.16 in monthly installments of $20.00 per month. Ms. Dinkins is currently in the Coolidge House and required to pay 25% of her gross salary as subsistence in addition to maintaining the monthly rent on her apartment.

If Your Honor concurs with this payment schedule, please advise by signing below.

Reviewed & Approved by

*(signature)*
Martin G. Flynn
Probation Officer in Charge

Payment Schedule Is Approved:

*(signature)*                                                     1/23/06
The Honorable Patti B. Saris                                      Date
U.S. District Judge